# UNITED STATES DISTRICT COURT

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 05, 2026

SEAN F. McAVOY, CLERK

for

Eastern District of Washington

ECF No 39

| | | | |
|---|---|---|---|
| U.S.A. vs. | Smith, Phillip Bruce | Docket No. | 0980 2:25CR00176-RLP-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant, Phillip Bruce Smith, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke sitting in the court at Spokane, Washington, on the 13th day of November 2025, under the following conditions:

**Condition #14:** House of Mercy: Defendant shall reside at House of Mercy and must follow all rules and regulation of the program.

**Condition #18:** Minors: Defendant shall not be in the presence of minors, unless a responsible adult who is aware of these charges is present at all times. Defendant shall not loiter within 500 feet of a school, childcare facility, playground, park, athletic field or facility, or any other business or facility having a principal purpose of caring for, educating, or entertaining minors.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On December 10, 2025, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Smith. He acknowledged an understanding of the release conditions at that time.

**Violation #1:** Phillip Bruce Smith is alleged to have violated the conditions of pretrial release supervision by failing to follow all rules and regulation of the program by having a minor-aged child on the House of Mercy property, on or about April 10, 2026.

On April 14, 2026, the program director for the House of Mercy contacted the undersigned officer. The program director advised another resident of the House of Mercy program reported to him that Mr. Smith's daughter and minor-aged granddaughter stopped by the House of Mercy property. Specifically, the program director advised Mr. Smith's daughter and minor-aged granddaughter parked in their vehicle on the driveway of the House of Mercy and spoke with Mr. Smith for several minutes. The daughter and grandchild never exited the vehicle. The program director advised that children are not allowed on House of Mercy property, including the driveway, as many of the residents in this program are sex offenders.

On April 15, 2026, the undersigned officer met with Mr. Smith and confronted him about the minor-aged contact. He confirmed his daughter and granddaughter (age 9) stopped by the House of Mercy residence where he is residing. He said his daughter parked her car on the driveway of the property. His daughter and granddaughter remained in the parked vehicle while they spoke. Mr. Smith denied being alone with his minor-aged daughter.

On April 16, 2026, the program director of House of Mercy contacted the undersigned officer and advised he would be removing Mr. Smith from the program due having his minor-aged grandchild on the House of Mercy property. The program director advised he would allow Mr. Smith to stay at the House of Mercy until the end of April 2026, as he had paid his rent in full for that month.

On May 2, 2026, Mr. Smith moved out of the House of Mercy and is now residing in another transitional living program.

PS-8

**Re: Smith,, Phillip Bruce**
**May 5, 2026**
**Page 2**

**Violation #2:** Phillip Bruce Smith is alleged to have violated the conditions of pretrial release supervision by having contact with a minor-aged child on or about April 10, 2026, without a previously identified knowing and responsible adult present.

As noted in violation number 1 of this petition, Mr. Smith acknowledged he met with his granddaughter (age 9) on April 10, 2026, in the presence of his daughter (the child's mother). At the time of his contact with his minor-aged granddaughter, Mr. Smith's daughter had not been identified as being a knowing and responsible adult to allow Mr. Smith to be in the presence of his grandchild.

On May 4, 2026, the undersigned officer spoke with Mr. Smith's daughter, the mother of the above-noted child. She confirmed she is fully aware of Mr. Smith's current legal situation.  Due to his current legal situation and previous issues she encountered with Mr. Smith during her childhood, his daughter stated she would never allow her child to be alone with him.

PRAYING THAT THE COURT WILL ISSUE A SUMMONS

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on:    May 5, 2026 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[  ]    The incorporation of the violation(s) contained in this
         petition with the other violations pending before the
         Court.
[  ]    Defendant to appear before the Judge assigned to the case
[  ]    Defendant to appear before the Magistrate Judge.
[  ]    Other

Signature of Judicial Officer

**May 5, 2026**

Date